UNITED STATES OF AMERICA, Plaintiff–Appellee,

v.

Patricia RODRIGUEZ, Defendant–Appellant.

No. 02–50550.
D.C. No. CR–02–00740–TJW.

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2003.*

Decided Aug. 13, 2003.

Before KLEINFELD and WARDLAW, Circuit Judges, and POGUE, Judge.**

MEMORANDUM ***

Appellant Patricia Rodriguez challenges the district court's denial of her motion to dismiss the indictment against her, arguing that the grand jury instructions improperly limited the scope of the grand jury's inquiry in violation of the Fifth Amendment. Appellant's claim is foreclosed by this Court's decision in *United States v. Marcucci*, 299 F.3d 1156, 1159–60

(9th Cir.2002), *cert. denied,* —— U.S. ——, 123 S.Ct. 1600, 155 L.Ed.2d 334 (2003). *See also United States v. Cedano–Arella- no,* 332 F.3d 568, 573 (9th Cir.2003). We therefore affirm the district court's denial of the motion.

AFFIRMED.

---

* The Honorable Jane A. Restani, United States Court of International Trade, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.